UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| D. ALEXANDRA WOLFE, | CASE NO. C21-5421 BHS |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable S. Kate Vaughan, United States Magistrate Judge. Dkt. 13. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendant's motion to dismiss, Dkt. 9, is **GRANTED**;

(3)     This matter is **DISMISSED with prejudice**; and

(4)     The Clerk shall enter JUDGMENT and close this case.

\\

\\

ORDER - 1

1 Dated this 14th day of December, 2021.

                                                     BENJAMIN H. SETTLE

                                                     United States District Judge